No. 207. DIVISION 26 OF THE AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA ET AL. *v.* CITY OF DETROIT ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. MR. JUSTICE BURTON is of the opinion that probable jurisdiction should be noted. *Edward N. Barnard* for appellants. *James H. Lee* for appellees.

No. 211. SCOTT *v.* MISSISSIPPI. *Per Curiam:* The motion for leave to proceed in forma pauperis is granted. The appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied.